IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

Case No. 9:26-cv-01726-BHH

IMAGE PROFESSIONALS GMBH d/b/a
STOCKFOOD,

     Plaintiff,

v.

SUPER BAKED PIZZA, LLC,

     Defendant.

---

**PLAINTIFF'S CERTIFICATE OF INTERESTED PARTIES
AND RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

Plaintiff Image Professionals GmbH d/b/a StockFood ("Plaintiff") hereby discloses the following pursuant to this Court's interested persons order:

1.    **The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action, including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to any party in this case:**

   A.  Image Professionals GmbH d/b/a StockFood

   B.  Super Baked Pizza, LLC

   C.  Burr & Forman LLP

   D.  CopyCat Legal, PLLC

2.    **The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:** None.

3.    **The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:** None.

4.    **The name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:** Not applicable.

I hereby certify that, except as disclosed above, I am unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case and will immediately notify the Court in writing on learning of any such conflict.

Dated: April 27, 2026.                          **BURR & FORMAN LLP**

/s/William Y. Klett, III
William Y. Klett, III, Esq. (Federal ID #5610)
850 Morrison Drive,
Suite 300
Charleston, SC 29403
(842) 973-6805
wklett@burr.com

*Counsel for Plaintiff, Image Professionals GmbH d/b/a StockFood*

## CERTIFICATE OF SERVICE

I hereby certify that on April 27, 2026, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will electronically serve all counsel of record.

/s/ William Y. Klett, III, Esq.
William Y. Klett, III

2